✎ AO 120 (Rev. 2/99)

| TO: | REPORT ON THE |
|---|---|
| **Commissioner of Patents**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Colorado_____ on the following          Patents

| DOCKET NO.<br>**13-cv-01471** | DATE FILED<br>**6/7/2013** | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>Brain Synergy Institute, LLC | | DEFENDANT<br>UltraThera Technologies, Inc., et al. |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **Please see copy of Complaint attached hereto** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>**JEFFREY P. COLWELL** | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**