**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01471-CMA-BNB

BRAIN SYNERGY INSTITUTE LLC
d/b/a Carrick Brain Centers,

       Plaintiff,

vs.

ULTRATHERA TECHNOLOGIES, INC., and
KEVIN MAHER,

       Defendantss.

---

**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**

---

Plaintiff Brain Synergy Institute LLC ("BSI"), by and through its attorneys, hereby submits its Answer to Defendants' Counterclaims as follows:

**JURISDICTION AND VENUE**

1. BSI admits the allegations in paragraph 1 of the Counterclaims.

2. BSI admits the allegations in paragraph 2 of the Counterclaims.

3. BSI admits the allegations in paragraph 3 of the Counterclaims.

4. BSI admits the allegations in paragraph 4 of the Counterclaims.

**THE PARTIES**

5. BSI admits the allegations in paragraph 5 of the Counterclaims.

6. BSI admits the allegations in paragraph 6 of the Counterclaims.

7. BSI admits that it is a Texas limited liability company, and denies the remaining allegations in paragraph 7 of the Counterclaims.

## FACTUAL BACKGROUND

8. BSI admits that UltraThera is a company with its place of business in Colorado Springs, that Kevin Maher is the founder, president and an owner of UltraThera, that UltraThera manufactures and sells a product known as the GyroStim, and is without knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 8 of the Counterclaims and, therefore, denies the same.

9. BSI admits the allegations in paragraph 9 of the Counterclaims.

10. BSI admits the allegations in paragraph 10 of the Counterclaims.

## FIRST COUNTERCLAIM FOR RELIEF
### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '062 PATENT)

11. BSI restates and incorporates by reference the preceding paragraphs of its Answer as if fully set forth herein.

12. BSI admits the allegations in paragraph 12 of the Counterclaims.

13. BSI admits the allegations in paragraph 13 of the Counterclaims.

14. BSI admits the allegations in paragraph 14 of the Counterclaims.

15. BSI denies the allegations in paragraph 15 of the Counterclaims.

16. BSI denies the allegations in paragraph 16 of the Counterclaims.

17. BSI denies the allegations in paragraph 17 of the Counterclaims.

## SECOND CLAIM FOR RELIEF
### (DECLARATORY JUDGMENT OF INVALIDITY OF THE '062 PATENT)

18. BSI restates and incorporates by reference the preceding paragraphs of its Answer as if fully set forth herein.

19. BSI denies the allegations in paragraph 19 of the Counterclaims.

20. BSI denies the allegations in paragraph 20 of the Counterclaims.

21. BSI denies the allegations in paragraph 21 of the Counterclaims.

22. BSI denies the allegations in paragraph 22 of the Counterclaims.

23. BSI denies the allegations in paragraph 23 of the Counterclaims.

24. BSI denies the allegations in paragraph 24 of the Counterclaims.

## FIRST DEFENSE

Defendants' Counterclaims fail to state a claim upon which relief can be granted.

## SECOND DEFENSE

Defendants' Counterclaims for equitable relief are barred, in whole or in part, by the doctrine of unclean hands.

## JURY DEMAND

BSI demands a trial by jury on all claims, counterclaims, and issues in this case.

WHEREFORE, BSI requests that the Court enter Judgment in its favor and against Defendants as follows:

    a. Dismiss Defendants' Counterclaims in their entirety with prejudice;

    b. Award all of the relief set forth in BSI's Complaint in this action, which is hereby incorporated by reference;

    c. Award and grant such other relief as the Court deems appropriate.

Dated:  August 15, 2013

/s/ Timothy P. Getzoff
Timothy P. Getzoff
Emily J. Cooper*
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO  80302
(303) 473-2700
tgetzoff@hollandhart.com
ejcooper@hollandhart.com
*Admitted only in NY and MA

**ATTORNEYS FOR BRAIN SYNERGY INSTITUTE LLC D/B/A CARRICK BRAIN CENTERS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2013, I have caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to the following individuals:

Scott P. Sinor
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Email: sinor.scott@dorsey.com

*/s/ Timothy P. Getzoff*
Timothy P. Getzoff

6348529_1