IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   13-cv-01471-CMA-BNB | Date:  August 27, 2013 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BRAIN SYNERGY INSTITUTE LLC  **Plaintiff(s)** | *Timothy P. Getzoff* |
| v. | |
| ULTRATHERA TECHNOLOGIES, INC  KEVIN MAHER  **Defendant(s)** | *Scott P. Sinor* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  9:00 a.m.

Appearance of counsel.

Argument presented on [11] Motion to Stay the Proceedings.

For reasons stated on the record, it is

**ORDERED:   [11] Motion to Stay the Proceedings is DENIED.**

Discussion held on pending [10] Motion to Dismiss timeline.  Unopposed Motion will be filed regarding staying a ruling or recommendation until personal jurisdiction in Georgia has been ruled upon.

Court in Recess:  9:34 a.m.    Hearing concluded.    Total time in Court:  00:34

  * To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119