IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01471-CMA-BNB

BRAIN SYNERGY INSTITUTE, LLC, d/b/a Carrick Brain Centers,

Plaintiff,

v.

ULTRATHERA TECHNOLOGIES, INC., and
KEVIN MAHER,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendants' Motion to Stay Proceedings** [Doc. # 11, filed 7/26/2013] (the "Motion to Stay"); and

(2)     **Defendants' Unopposed Motion for Leave to File Reply In Support of Motion to Stay the Proceedings** [Doc. # 21, filed 8/26/2013] (the "Motion to Reply").

Also pending is defendants' **Motion to Dismiss, Stay, or Transfer** [Doc. # 10, filed 7/24/2013] (the "Motion to Transfer"), which is referred to me for recommendation but is not yet fully briefed. A related action is proceeding in the United States District Court for the Northern District of Georgia (the "Georgia Action"). I am informed that pending in the Georgia Action are UltraThera's motion to intervene and BSI's motion to dismiss for lack of personal jurisdiction.

I held a hearing on the Motion to Stay this morning and made rulings on the record, which are incorporated here. During the hearing, and in view of my oral ruling denying the

Motion to Stay, the defendants suggested, without opposition from BSI, that I postpone making a recommendation on the Motion to Transfer pending a decision in the Georgia Action of the motions to intervene and to dismiss.

IT IS ORDERED:

(1) The Motion to Reply [Doc. # 21] is GRANTED, and the Clerk of the Court is directed to accept Defendants' Reply [Doc. # 21-1] for filing;

(2) The Motion to Stay [Doc. # 11] is DENIED;

(3) My review of the Motion to Transfer [Doc. # 10] is postponed pending a ruling in the Georgia Action on UltraThera's motion to intervene and BSI's motion to dismiss; and

(3) The parties shall file a status report within 14 days of any ruling in the Georgia Action on UltraThera's motion to intervene and BSI's motion to dismiss notifying me of the ruling, addressing whether the Motion to Transfer should be determined, and discussing any other impact of that ruling on this proceeding.

Dated August 27, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge