**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01471-CMA-BNB

BRAIN SYNERGY INSTITUTE, LLC, d/b/a Carrick Brain Centers

        Plaintiff,

  v.

ULTRATHERA TECHNOLOGIES, INC., and
KEVIN MAHER,

        Defendants.

---

### *MARKMAN* HEARING WITNESS DISCLOSURE STATEMENT

---

On June 2, 2014, the Honorable Magistrate Judge Boyd N. Boland entered a Minute Order requiring that "[o]n or before July 18, 2014, the parties shall file and serve a list of all witnesses they will call to testify at the hearing, including a detailed summary of the anticipated testimony of each witness." *See* Minute Order **[Doc. No. 56]**.

Defendants UltraThera Technologies, Inc. and Kevin Maher ("Defendants") do not presently intend to call any witnesses at the *Markman* hearing scheduled for August 8, 2014. Defendants do, however, reserve the right to call Defendant Kevin Maher in rebuttal to any witness called by Plaintiff. Mr. Maher is the founder and CEO of UltraThera Technologies, has 25 years of engineering experience, and has direct personal knowledge about the technology and device at issue in this action. Mr. Maher's testimony would rely on his personal knowledge, including his knowledge regarding U.S. Patent No. 6,800,062, the accused GyroStim device, and '062 Patent's relevant field of art.

Respectfully submitted this 18th day of July, 2014.

**POLSINELLI PC**

s/ Michael P. Dulin
*Michael P. Dulin*
1515 Wynkoop, Suite 600
Denver, CO 80202
Telephone: 303-572-9300
Fax: 303-572-7883
E-mail: mdulin@polsinelli.com

and

MEUNIER CARLIN & CURFMAN, LLC
David S. Moreland
817 W. Peachtree Street NW, Suite 500
Atlanta, GA 30308
Tele: (404) 645-7700
Fax: (404) 645-7707
Email: dmoreland@mcciplaw.com
*Attorneys for Defendant Ultrathera Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th[th] day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record in this case.

>Timothy P. Getzoff
>HOLLAND & HART LLP
>1800 Broadway, Suite 300
>Boulder, CO  80302
>tgetzoff@hollandhart.com

>Mher Hartoonian
>HOLLAND & HART LLP
>555 Seventeenth Street, Suite 3200
>Denver, CO  80202
>mhartoonian@hollandhart.com

>S/ *Liz Gaskins*
>Liz Gaskins