# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01471-CMA-NYW

BRAIN SYNERGY INSTITUTE, LLC, d/b/a CARRICK BRAIN CENTERS,

    Plaintiff,

v.

ULTRATHERA TECHNOLOGIES, INC., and
KEVIN MAHER,

    Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Parties' Joint Status Report and Motion for Supplemental Civil Scheduling Order [#91, filed January 22, 2016]. Pursuant to the Order Referring Case dated June 10, 2013 [#5], the Reassignment dated February 9, 2015 [#75] and the Memorandum dated January 26, 2016 [#91], this matter was referred to the undersigned Magistrate Judge.

    Upon review of the Parties' submission, **IT IS ORDERED** that:

    (1) The Parties' Motion for Supplemental Civil Scheduling Order [#91] is **GRANTED IN PART** and **DENIED IN PART**;

    (2) A supplemental Scheduling Conference will be held by the court on **February 12, 2016 at 9:00 a.m.** in Courtroom C-204 in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The Parties are reminded that anyone seeking admission to the United States Courthouse must have valid identification. D.C.COLO.LCivR 83.2(b); and

    (3) Counsel will come prepared to discuss the specifics of discovery that has been taken to date; remaining discovery; expert disclosures; any existing discovery disputes; and other pretrial matters.

DATED: January 29, 2016